384 A.2d 985

Commonwealth v. Goslee, Appellant.

Argued November 16, 1977. John H. Corbett, Jr., Assistant Public Defender, with him Ralph J. Cappy, Public Defender, for appellant; R. Vincler, Assistant District Attorney, with him Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.